# Exhibit 1

# Exhibit 1

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Giving Him Something He Can Feel a/k/a Something He Can Feel |
| Line 3 | Writer(s) | Curtis Mayfield |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593804 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Love Ballad |
| Line 3 | Writer(s) | Skip Scarborough |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 1/29/75   11/12/76 |
| Line 6 | Registration No(s). | Eu 551222   Ep 361091 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Me And Mrs. Jones |
| Line 3 | Writer(s) | Kenneth Gamble; Leon Huff; Cary Gilbert |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/3/73 |
| Line 6 | Registration No(s). | Ep 306869 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Walkin' After Midnight |
| Line 3 | Writer(s) | Don Hecht; Allen Block |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 1/18/84 |
| Line 6 | Registration No(s). | RE 197-554 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | I'll Be Around |
| Line 3 | Writer(s) | Thomas Bell; Phil Hurtt |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/26/73 |
| Line 6 | Registration No(s). | Ep 310074 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Poison |
| Line 3 | Writer(s) | Elliot T. Straite |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing |
| Line 5 | Date(s) of Registration | 8/14/89    3/19/90    6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846    PAu 1-410-225    PA 475-115 |
| Line 7 | Date(s) of Infringement | 12/14/24    1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |