AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>2:25-cv-00727 | DATE FILED<br>April 25, 2025 | U.S. District Court<br>District of Nevada |

| PLAINTIFF | DEFENDANT |
|---|---|
| Broadcast Music, Inc., as agent for Broadcast Music, LLC, Warner-Tamerlane Publishing Corp., Unichappel Music Inc., Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music, Hip City Music Inc., and Hifrost Publishing | Pure Mexican Grill, LLC d/b/a Mariposa Cocina & Cocktails, Tony Saroya, Yogendra Solanki, Raja Mittal, and Surjit Heera |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED SCHEDULE | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Giving Him Something He Can Feel a/k/a Something He Can Feel |
| Line 3 | Writer(s) | Curtis Mayfield |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593804 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Love Ballad |
| Line 3 | Writer(s) | Skip Scarborough |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 1/29/75   11/12/76 |
| Line 6 | Registration No(s). | Eu 551222   Ep 361091 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Me And Mrs. Jones |
| Line 3 | Writer(s) | Kenneth Gamble; Leon Huff; Cary Gilbert |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 1/3/73 |
| Line 6 | Registration No(s). | Ep 306869 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Walkin' After Midnight |
| Line 3 | Writer(s) | Don Hecht; Allen Block |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music |
| Line 5 | Date(s) of Registration | 1/18/84 |
| Line 6 | Registration No(s). | RE 197-554 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | I'll Be Around |
| Line 3 | Writer(s) | Thomas Bell; Phil Hurtt |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/26/73 |
| Line 6 | Registration No(s). | Ep 310074 |
| Line 7 | Date(s) of Infringement | 1/28/25 |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails |

| | | | | |
|---|---|---|---|---|
| Line 1 | Claim No. | 6 | | |
| Line 2 | Musical Composition | Poison | | |
| Line 3 | Writer(s) | Elliot T. Straite | | |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing | | |
| Line 5 | Date(s) of Registration | 8/14/89 | 3/19/90 | 6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846 | PAu 1-410-225 | PA 475-115 |
| Line 7 | Date(s) of Infringement | 12/14/24 | 1/28/25 | |
| Line 8 | Place of Infringement | Mariposa Cocina & Cocktails | | |