TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
trey.rothell@dentons.com

*Attorney for Plaintiffs*

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
3271 East Warm Springs Road
Las Vegas, Nevada 89120
(702) 832-1670

*Designated only for personal service under Nev. SCR 42.1*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNER-TAMERLANE PUBLISHING CORP.; UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.; and HIFROST PUBLISHING,<br><br>Plaintiffs,<br><br>vs.<br><br>PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA & COCKTAILS; TONY SAROYA, an individual; YOGENDRA SOLANKI, an individual; RAJA MITTAL, an individual, and SURJIT HEERA, an individual,<br><br>Defendants. | Case No.: 2:25-cv-727-JCM-DJA<br><br>**ORDER RE:**<br><br>**PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE OF PROCESS**<br><br>**(First Request)** |

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs Broadcast Music, Inc., as agent for Broadcast Music, LLC, Warner-Tamerlane Publishing Corp., Unichappel Music Inc., Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music, Hip City Music Inc., and Hifrost Publishing ("Plaintiffs") respectfully move this Court for a 45-day extension of time to serve Defendants Tony Saroya, Raja Mittal, and Surjit Heera (the "Unserved Defendants"). The current deadline for service is July 24, 2025, and Plaintiffs request an extension of time until September 7, 2025. This Motion is made before the expiration of the specified period, and there is good cause to extend the time as requested.

## 1.0    Factual Background

This is a copyright infringement action against a restaurant and its managing members. *See* Compl., ECF No. 1, at ¶¶ 10-23. Plaintiffs filed this lawsuit on April 25, 2025, and tendered the summons for service of process shortly thereafter. *See* Compl., ECF No. 1; Rothell Decl., at ¶ 4. Despite repeated attempts, no service was ultimately accomplished based upon those initial attempts. *See id.* at ¶ 6; **Exh. 1**, Affidavits of Diligent Attempts. Having been unable to serve the Defendants, Plaintiffs contacted an attorney who was then representing Defendant Pure Mexican Grill, LLC in an unrelated, active state court matter. *See id.* at ¶¶ 7-8. Although that attorney initially responded stating that she had inquired with her client about this matter, she did not respond to any further communications. *See id.* at ¶¶ 9-10; **Exh. 2**, Email from Chata N. Holt to Trey A. Rothell dated May 19, 2025. Plaintiffs then transmitted requests for waiver of service of summons to the Defendants on May 20, 2025, pursuant to Fed. R. Civ. P. 4(d). *See id.* at ¶ 11. No responses to those requests were ultimately received. *See id.*

On July 15, 2025, Plaintiffs reinitiated their attempts to serve the Defendants. *See* Rothell Decl. at ¶ 12. On July 18, 2025, Plaintiffs were ultimately able to serve one individual Defendant, Yogendra Solanki, and through that Defendant also served Pure Mexican Grill, LLC. *See* Affidavits of Service, ECF Nos. 6 & 7. Plaintiffs have so far been unable to serve the remaining Defendants, Tony Saroya, Raja Mittal, and Surjit Heera. *See* Rothell Decl. at ¶ 14.

## 2.0    Argument

Plaintiffs have diligently attempted service through various measures but have been unable to do so within the 90 days allowed under Fed. R. Civ. P. 4(m). There is good cause to extend the time for service, and Plaintiffs request a 45-day extension of the deadline.

A plaintiff is granted 90 days to serve a defendant with process, but a court "must extend the time for service for an appropriate period" where the plaintiff shows good cause for its failure to effect such service. Fed. R. Civ. P. 4(m). In determining whether a plaintiff has established good cause, courts consider the following factors: (1) whether the party to be served received actual notice of the lawsuit; (2) the degree of prejudice the defendant would suffer if an extension is

granted, and (3) whether the plaintiff would suffer severe prejudice if its complaint were dismissed. *See In re Sheehan*, 253 F.3d 507, 512 (9th Cir. 2001) (citing *Boudette v. Barnette*, 923 F.2d 754, 756 (9th Cir. 1991)). Even in the absence of good cause, courts have "broad discretion" to extend time for service under Rule 4(m). *Efaw v. Williams*, 473 F.3d 1038, 1040–41 (9th Cir. 2007).

There is good cause to grant the requested extension. Plaintiffs have diligently pursued service of process through multiple channels, including employing two sets of process servers, contacting an attorney for the Defendants' business, and by mailing requests for waivers of service to each of the Defendants. Additional time is warranted to continue service attempts or otherwise request leave of this Court to serve the Unserved Defendants via alternative means.

Additionally, the specific factors discussed in *Sheehan* support a finding of good cause. First, the Unserved Defendants have likely received actual notice of this lawsuit. Plaintiffs mailed copies of the complaint along with requests for waiver of service of summons to the Defendants,[1] and they transmitted a copy of the complaint to an attorney serving as counsel to the Defendant restaurant in another matter who acknowledged receipt and indicated that she had informed her client. *See* Rothell Decl. at ¶¶ 8-9, 11. Taken together, the Unserved Defendants are highly likely to have received actual notice of the lawsuit.

Second, the Unserved Defendants will suffer no prejudice if a brief 45-day extension is granted. Despite having "a duty to avoid unnecessary expenses of serving the summons," Fed. R. Civ. P. 4(d)(1), and failing to waive service, Unserved Defendants have chosen to not cooperate with these proceedings. Indeed, even before filing suit, Plaintiffs contacted the Defendants "over fifty times, by phone, mail, and email," to educate them about their obligations under copyright law and therefore avoid this lawsuit altogether, but the Defendants did not respond. *See* Compl. at ¶ 22. A brief extension of 45 days will not cause the Unserved Defendants any prejudice.

---

[1]    The Defendants' addresses were taken from the Nevada Secretary of State's registration for Pure Mexican Grill, LLC, which identified each of the other Defendants as managing members of the limited liability company. *See* Rothell Decl. at ¶ 5.

<u>Third</u>, Plaintiffs will be prejudiced if no extension is granted and this case is dismissed without prejudice. Although the statute of limitations has not yet been reached, Plaintiffs would incur attorneys' fees related to refiling the lawsuit, costs associated with reinstating service, and other harm related to the delays associated with obtaining relief on its claims. Accordingly, there is good cause to extend the time for Plaintiffs to accomplish service. And, even if the Court were to find that good cause has not been shown, an extension is still warranted under Rule 4(m)'s discretionary authority.

**3.0     Conclusion**

In light of the foregoing, there is good cause to extend the time by which Plaintiffs may serve Defendants Tony Saroya, Raja Mittal, and Surjit Heera by 45 days, and Plaintiffs ask this Court to grant the requested extension.


Dated: July 23, 2025.                    DENTONS DURHAM JONES PINEGAR P.C.

                                         By: /s/ Trey A. Rothell
                                            TREY A. ROTHELL, ESQ.
                                            Nevada Bar No. 15993
                                            111 South Main Street, Suite 2400
                                            Salt Lake City, Utah 84111

                                         *Attorney for Plaintiffs*


**IT IS SO ORDERED.**  Plaintiff shall have until September 7, 2025 within which to serve Defendants.

DATED: 7/24/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

- 4 -
Motion to Extend Time for Service of Process

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of DENTONS DURHAM JONES PINEGAR P.C., and that the foregoing was served:

☐    via electronic service to the address(es) shown below:

☒    via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

Pure Mexican Grill, LLC
10169 Terrastone Drive
Las Vegas, NV 89148

Yogendra Solanki
6512 Norris Road
Bakersfield, CA 93308

Tony Saroya
9680 S Tenaya Way
Las Vegas, NV 89178

Raja Mittal
10169 Terrastone Drive
Las Vegas, NV 89148

Surjit Heera
6598 Abalone Shell Court
Las Vegas, NV 89139

Date: July 23, 2025          */s/ Trey A. Rothell*
                             An employee of Dentons Durham Jones Pinegar P.C.

SLC_8072710.1

<table>
<tr><td>1</td><td colspan="2">TREY A. ROTHELL, ESQ.<br>Nevada Bar No. 15993</td></tr>
</table>

TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
trey.rothell@dentons.com

*Attorney for Plaintiffs*

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
3271 East Warm Springs Road
Las Vegas, Nevada 89120
(702) 832-1670

*Designated only for personal service*
*under Nev. SCR 42.1*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BROADCAST MUSIC, INC., as agent for
Broadcast Music, LLC; WARNER-
TAMERLANE PUBLISHING CORP.;
UNICHAPPEL MUSIC INC.; SONY/ATV
SONGS LLC d/b/a SONY/ATV ACUFF
ROSE MUSIC; HIP CITY MUSIC INC.; and
HIFROST PUBLISHING,

        Plaintiffs,

   vs.

PURE MEXICAN GRILL, LLC d/b/a
MARIPOSA COCINA & COCKTAILS;
TONY SAROYA, an individual; YOGENDRA
SOLANKI, an individual; RAJA MITTAL, an
individual, and SURJIT HEERA, an individual,

        Defendants.

Case No.: 2:25-cv-727-JCM-DJA

**INDEX OF EX  IBITS**

| Exh. | Descri  tion |
|------|-------------|
| - | Declaration of Trey A. Rothell |
| 1 | Affidavits of Diligent Attempts |
| 2 | Email from Chata N. Holt to Trey A. Rothell dated May 19, 2025 |

SLC_8072717.1

<table>
<tr><td>

1  TREY A. ROTHELL, ESQ.
   Nevada Bar No. 15993
2  DENTONS DURHAM JONES PINEGAR P.C.
   111 South Main Street, Suite 2400
3  Salt Lake City, Utah 84111
   Telephone: (801) 415-3000
4  Facsimile: (801) 415-3500
   trey.rothell@dentons.com
5
   *Attorney for Plaintiffs*
</td><td>

MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
3271 East Warm Springs Road
Las Vegas, Nevada 89120
(702) 832-1670

*Designated only for personal service under Nev. SCR 42.1*
</td></tr>
</table>

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNER-TAMERLANE PUBLISHING CORP.; UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.; and HIFROST PUBLISHING, <br><br> Plaintiffs, <br><br> vs. <br><br> PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA & COCKTAILS; TONY SAROYA, an individual; YOGENDRA SOLANKI, an individual; RAJA MITTAL, an individual, and SURJIT HEERA, an individual, <br><br> Defendants. | Case No.: 2:25-cv-727-JCM-DJA <br><br> **DECLARATION OF TREY A. ROTHELL** |

I, TREY A. ROTHELL, declare:

1.    I am an attorney with the law firm of DENTONS DURHAM JONES PINEGAR P.C., counsel of record for Plaintiffs Broadcast Music, Inc., as agent for Broadcast Music, LLC, Warner-Tamerlane Publishing Corp., Unichappel Music Inc., Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music, Hip City Music Inc., and Hifrost Publishing ("Plaintiffs") in the above-entitled matter. I am licensed to practice law in the State of Nevada.

2.    I make this Declaration in support of Plaintiffs' Motion to Extend Time for Service of Process (the "Motion"), filed herewith.

SLC_8072711.1

3.      I have personal knowledge of the facts stated herein, except as to those matters set forth based on information and belief, and as to those matters, I believe them to be true. If called to testify, I could and would competently testify to the facts set forth herein.

4.      Plaintiffs initiated this action on April 25, 2025, and on or about April 28, 2025, my office initiated service of process on the Defendants through Nationwide Legal, a company that contracts with licensed process servers in various jurisdictions.

5.      I obtained addresses for each of the Defendants from the Nevada Secretary of State's entity listing for Pure Mexican Grill, LLC, in which the individual defendants were listed as managing members. I attempted to verify the addresses to the best of my ability using available public records and believed the addresses to be accurate.

6.      Despite repeated attempts by Nationwide Legal and its process servers, service was not accomplished based upon those initial attempts. The documents attached to the Motion as **Exhi  it 1** are true and correct copies of the Affidavits of Diligent Attempts submitted to my office by Nationwide Legal, reflecting their various service attempts.

7.      I conducted a search of the local court database and identified attorney Chata N. Holt as representing Defendant Pure Mexican Grill, LLC in an unrelated, active state-court matter.

8.      I contacted Ms. Holt on May 16, 2025, informing her of this lawsuit and asking her to request that the Defendants authori e her to accept service on their behalf or otherwise help facilitate service of process in this matter.

9.      Ms. Holt responded to my email on May 19, 2025, stating: "I am waiting to hear from my client. I will respond with an answer asap." The document attached to the Motion as **Exhi  it 2** is a true and correct copy of this email.

10.      I sent follow-up messages to Ms. Holt on May 19, 2025, May 21, 2025, and June 3, 2025, but received no other responses from her.

11.      On May 20, 2025, my office transmitted requests for waivers of service of summons, following the requirements set forth in Fed. R. Civ. P. 4(d), to each of the Defendants.

- 2 -
Declaration of Trey A. Rothell

1  I sent copies of the request packages to Ms. Holt via email as well on May 21, 2025. Upon

2  information and belief, no Defendant returned a waiver of service of summons.

3        12.    On July 15, 2025, I contacted Legal Wings, another company that coordinates

4  service of process, to reattempt service of process on the Defendants.

5        13.    Upon information and belief, Defendants Pure Mexican Grill, LLC and Yogendra

6  Solanki were served on July 18, 2025.

7        14.    Upon information and belief, service of process has not been completed as to

8  Defendants Tony Saroya, Raja Mittal, or Surjit Heera despite process servers making four recent

9  attempts on Defendant Saroya, four recent attempts on Defendant Mittal, and two recent attempts

10  on Defendant Heera.

11        I declare under penalty of perjury that the foregoing is true and correct.

12        Executed on July 23, 2025, at Las Vegas, Nevada.

13                            /s/ Trey A. Rothell

14                            TREY A. ROTHELL, ESQ.

# EXHIBIT 1

Affidavits of Diligent Attempts

# EXHIBIT 1

# AFFIDAVIT OF DUE DILIGENCE

## UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
### CLARK COUNTY, STATE OF NEVADA

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNERTAMERLANE PUBLISHING CORP.; UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.; and HIFROST PUBLISHING, | Case No.:2:25-cv-00727 TREY A. ROTHELL, ESQ.,  Bar No. 15993 ARMSTRONG TEASDALE LLP 7160 Rafael Rivera Way 320 Las Vegas, NV 89113 (702) 678-5070 *Attorneys for the Plaintiff* |

Plaintiff(s)

v.

PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA & COCKTAILS; et al.,

Defendant(s)

Client File# 34343-31

I, Tyler Trewet, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, from ARMSTRONG TEASDALE LLP

That attempts were made to serve Pure Mexican Grill, LLC - c/o Raja Mittal - Registered Agent, with Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, at:

Attempted at 10169 Terrastone Drive, Las Vegas, NV 89148 On 5/2/2025 at 5:35 PM
Results: No access through gate, no code, no traffic.

Attempted at 10169 Terrastone Drive, Las Vegas, NV 89148 On 5/3/2025 at 4:35 PM
Results: No response at door, no activity.  Package on porch addressed to Anjie Mitt.

Attempted at 10169 Terrastone Drive, Las Vegas, NV 89148 On 5/7/2025 at 11:14 AM
Results: No access, no traffic, no code.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: _5/21/25_

Tyler Trewet
Registered Work Card# R201904184
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV311151
Reference: 34343-31

**AFFIDAVIT OF DUE DILIGENCE**

**UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA**
**CLARK COUNTY, STATE OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNERTAMERLANE PUBLISHING CORP.; UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.; and HIFROST PUBLISHING,<br><br>Plaintiff(s)<br><br>v.<br><br>PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA & COCKTAILS; et al.,<br><br>Defendant(s) | Case No.:2:25-cv-727<br>TREY A. ROTHELL, ESQ.,  Bar No. 15993<br>ARMSTRONG TEASDALE LLP<br>7160 Rafael Rivera Way 320<br>Las Vegas, NV 89113<br>(702) 678-5070<br>*Attorneys for the Plaintiffs*<br><br>Client File# 34343-31 |

I, Tyler Trewet, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, from ARMSTRONG TEASDALE LLP

That attempts were made to serve Raja Mittal with Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, at:

Attempted at 10169 Terrastone Drive, Las Vegas, NV 89148 On 5/2/2025 at 5:35 PM
Results: No access through gate, no code, no traffic.

Attempted at 10169 Terrastone Drive, Las Vegas, NV 89148 On 5/3/2025 at 4:35 PM
Results: No response at door, no activity.  Package on porch addressed to Anjie Mitt.

Attempted at 10169 Terrastone Drive, Las Vegas, NV 89148 On 5/7/2025 at 11:14 AM
Results: No access, no code, no traffic.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date:  5/21/25

Tyler Trewet
Registered Work Card# R201904184
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Control #:NV311156
Reference: 34343-31

**AFFIDAVIT OF DUE DILIGENCE**

**UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA**
**CLARK COUNTY, STATE OF NEVADA**

| | |
|---|---|
| BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNERTAMERLANE PUBLISHING CORP.; UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.; and HIFROST PUBLISHING,<br><br>                    Plaintiff(s)<br><br>            v.<br><br>PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA & COCKTAILS; et al.,<br><br>                    Defendant(s) | Case No.:2:25-cv-00727<br>TREY A. ROTHELL, ESQ.,  Bar No. 15993<br>ARMSTRONG TEASDALE LLP<br>7160 Rafael Rivera Way 320<br>Las Vegas, NV 89113<br>(702) 678-5070<br>*Attorneys for the Plaintiffs*<br><br>Client File# 34343-31 |

I, Tyler Trewet, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, from ARMSTRONG TEASDALE LLP

That attempts were made to serve Surjit Heera with Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, at:

Attempted at 6598 Abalone Shell Court, Las Vegas, NV 89139 On 5/2/2025 at 5:12 PM
Results: No response at door.  No activity within.

Attempted at 6598 Abalone Shell Court, Las Vegas, NV 89139 On 5/3/2025 at 3:55 PM
Results: No response at door. No activity. No change.

Attempted at 6598 Abalone Shell Court, Las Vegas, NV 89139 On 5/7/2025 at 10:58 AM
Results: No response. No activity. No changes.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury that the foregoing is true and correct.

Date:  ___5/21/25___

_____
Tyler Trewet
Registered Work Card# R201904184
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656



Control #:NV311157
Reference: 34343-31

# AFFIDAVIT OF DUE DILIGENCE

## UNITED STATES DISTRICT COURT  DISTRICT OF NEVADA
## CLARK COUNTY, STATE OF NEVADA

BROADCAST MUSIC, INC., as agent for Broadcast Music, LLC; WARNERTAMERLANE PUBLISHING CORP.; UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.; and HIFROST PUBLISHING,

                Plaintiff(s)

        v.

PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA & COCKTAILS; et al.,

                Defendant(s)

Case No.:2:25-cv-00727
.none
ARMSTRONG TEASDALE LLP
7160 Rafael Rivera Way 320
Las Vegas, NV 89113
(702) 678-5070
*Attomeys for the Plaintiff*

Client File# 34343-31

I, Tyler Trewet, being sworn, states: That I am a licensed process server registered in Nevada.  I received a copy of the Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, from ARMSTRONG TEASDALE LLP

That attempts were made to serve Tony Saroya with Summons In A Civil Action; Complaint; Certificate Of Interested Parties And Corporate Disclosure Statement; Report On The Filing Or Determination Of Action Or Appeal Regarding A Copyright, at:

Attempted at 9680 S. Tenaya Way, Las Vegas, NV 89178 On 5/2/2025 at 6:12 PM
Results: No response at door, no noise, no movement.

Attempted at 9680 S. Tenaya Way, Las Vegas, NV 89178 On 5/3/2025 at 4:25 PM
Results: No response at door, noise and movement within.

Attempted at 9680 S. Tenaya Way, Las Vegas, NV 89178 On 5/7/2025 at 11:30 AM
Results: No response, no activity.

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made.  I declare under penalty of perjury that the foregoing is true and correct.

Date: _____5/21/25_____

_____
Tyler Trewet
Registered Work Card# R201904184
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV311152
Reference: 34343-31

# AFFIDAVIT OF DILIGENT ATTEMPTS

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

BROADCAST MUSIC, INC., as agent for Broadcast Music,
LLC; WARNER-TAMERLANE PUBLISHING CORP.;
UNICHAPPEL MUSIC INC.; SONY/ATV SONGS LLC d/b/a
SONY/ATV ACUFF ROSE MUSIC; HIP CITY MUSIC INC.;
and HIFROST PUBLISHING,

        Plaintiffs,

       v.

PURE MEXICAN GRILL, LLC d/b/a MARIPOSA COCINA &
COCKTAILS; TONY SAROYA, an individual; YOGENDRA
SOLANKI, an individual; RAJA MITTAL, an individual, and
SURJIT HEERA, an individual,

        Defendants.

Case No. 2:25-cv-00727
Trey A. Rothell, Esq. (NV Bar No. 15993)
**ARMSTRONG TEASDALE LLP**
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113
(702) 678-5070

*Attorneys for Plaintiffs*

I, Norma Gutierrez, being sworn, states: That I am a licensed process server registered in the State of California. I received a copy of the *SUMMONS IN A CIVIL ACTION (to: Yogendra Solanki); SUMMONS IN A CIVIL ACTION (to: Pure Mexican Grill, LLC, c/o Raja Mittal); COMPLAINT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT,* from ARMSTRONG TEASDALE LLP

That attempts were made to serve **YOGENDRA SOLANKI** at:

Attempted at 6512 Norris Road, Bakersfield, CA 93308 On 4/30/2025 at 8:56 AM
Results: *No answer at home.*
Attempted at 6512 Norris Road, Bakersfield, CA 93308 On 5/2/2025 at 6:43 PM
Results: *No answer at home. The residence appears dark.*
Attempted at 6512 Norris Road, Bakersfield, CA 93308 On 5/4/2025 at 10:09 AM
Results: *I spoke to a Middle Eastern Male who stated Servee is the owner of the property but doesn't live here. Male said that Servee owns the Valero Convenience Store located at 6508 Norris Rd. and to go there - he should be there.*
**\*ADDITIONAL SERVICE ADDRESS ATTEMPTED\***
Attempted at 6508 Norris Road, Bakersfield, CA 93308 On 5/5/2025 at 10:20 AM
Results: *Defendant is not in the office during this attempt. Per employees, Def. is usually here in the morning.*
Attempted at 6508 Norris Road, Bakersfield, CA 93308 On 5/6/2025 at 12:05 PM
Results: *Not in during time of attempt. Servee is out of town and will be returning on Monday. (5/12/25)*
Attempted at 6508 Norris Road, Bakersfield, CA 93308 On 5/12/2025 at 8:50 AM
Results: *Servee hasn't been in today.*
Attempted at 6508 Norris Road, Bakersfield, CA 93308 On 5/14/2025 at 10:22 AM
Results: *Mr. Solanki has already left for the day. I left my cell phone number requesting a call-back.*

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Date: 5-21-2025

NORMA GUTIERREZ
Kern Co. Reg. No. 436
State of California

Service Provided for:
Nationwide Legal, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic. No. 1656

Control No. NV311154
**Reference: 34343-31**

# EXHIBIT 2

Email from Chata N. Holt
to Trey A. Rothell dated May 19, 2025

# EXHIBIT 2

**Rothell, Trey**

---

| | |
|---|---|
| **From:** | Chata Holt <cholt@bankruptcylawyerlv.com> |
| **Sent:** | Monday, May 19, 2025 9:41 AM |
| **To:** | Trey A. Rothell |
| **Subject:** | Re: Broadcast Music Inc., et al. v. Pure Mexican Grill, LLC, et al. | 2:25-cv-00727-JCM-DJA [IMAN-IDOCS.34343.31.FID15217457] |



## This message needs your attention

- This is their first email to your company.

Mr. Rothell,

I am waiting to hear from my client.  I will respond with an answer asap.

Thank you!



Chata N. Holt, Esq.
100 S. Maryland Pkwy., Suite 210N
Las Vegas, Nevada  89101
702.674.6775
725.257.0002 (fax)

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 19 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and the disclosure to anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication. Please check for any defects or viruses before opening or using any attachments. There is no warranty that this e-mail is virus free or without error.

On Fri, May 16, 2025 at 1:41 PM Trey A. Rothell <TRothell@atllp.com> wrote:

Ms. Holt,

I hope you're doing well, and it's very nice to meet you.

I am an attorney here in Las Vegas representing Broadcast Music, Inc. and several music copyright owners in a recent action filed in the District of Nevada against Pure Mexican Grill, LLC d/b/a Mariposa Cocina & Cocktails, and its managing members Tony Saroya, Yogendra Solanki, Raja Mittal, and Surjit Heera. I've attached the filed complaint and summonses.

Despite multiple attempts, our process servers have been unable to complete service on the defendants. I noticed you represent Pure Mexican Grill in another matter pending locally and wanted to ask whether you would be willing to accept service on behalf of the LLC or coordinate with your clients to facilitate service.

I am very hopeful that this case can be resolved quickly, and addressing this service of process issue early on will hopefully help us reach that goal, especially since my clients' claims are fee-shifting.

Please let me know if this is something you're able to assist with, or if you'd like to discuss further.

Thanks,

-Trey

Armstrong Teasdale LLP
r    R
Associate Attorney
7160 Rafael Rivera Way, Suite 320, Las Vegas, NV 89113
MAIN PHONE: 702.678.5070 | MAIN FAX: 702.878.9995
DIRECT: 702.415.2947 | Extension: 323 | CELL: 321.460.0263
trothell@atllp.com
www.armstrongteasdale.com
Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

********** PRIVATE AND CONFIDENTIAL**********

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the**

intended recipient, Armstrong Teasdale LLP.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP processes personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA.